NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL ACTION NO.<br>1:12-CR-205-04-ODE |
| KRISDEON DEWAYNE SLACK | SEALED |

**TO THE ABOVE NAMED DEFENDANT:**

By direction of the Honorable Orinda D. Evans, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **Wednesday, October 3, 2012, 3:00 p.m.** for imposition of sentence.  On that date report to the U. S. Courthouse, Courtroom 1908, U. S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, 30303 where sentence will be imposed.  You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building.)

DATE:     July 23, 2012                     JAMES N. HATTEN, CLERK

DEFENDANT:
             KRISDEON DEWAYNE SLACK

COUNSEL:                                     By:
             CYPRIAN TEE OKONKWO             VICKI C. HANNA
             404-222-0238                    COURTROOM DEPUTY CLERK

NOTE:  No continuance can be granted except by Order of the Court.  Any request should be brought to the Court's attention as soon as possible by having your attorney call Vicki C. Hanna at 404-215-1494.

| | | |
|---|---|---|
| U. S. Attorney | AUSA: | Richard Moultrie |
| U. S. Marshal | Counsel | |
| U. S. Probation | Defendant | Plea |