FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 28 2012

James N. Hatten, Clerk
By: /s/ AM Cauul
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal Action No. 1:12-CR-205-ODE-ECS |
| v. | : |
| | : |
| KRISDEON SLACK | : |

ORDER

Based upon good cause shown, on motion by the government, it is hereby ordered that the government's motion for continuance of the sentencing hearing set for October 3, 2012, is hereby granted.

This 28 day of Sept., 2012.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

Prepared by:

s /Angela M. Garland
Angela M. Garland
Assistant United States Attorney